UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KRISTINE MILLER,<br><br>             Plaintiff,<br><br>vs.<br><br>KROGER CO. dba FOOD 4 LESS,<br><br>             Defendants. | 2:17-cv-00033-JCM-VCF<br>**ORDER** |

Before the Court is Claimant's Proposed Discovery Plan and Scheduling Order and Request for Pro Bono Program Appointment (ECF No. 10).

IT IS HEREBY ORDERED that a discovery hearing on Claimant's Proposed Discovery Plan and Scheduling Order and Request for Pro Bono Program Appointment (ECF No. 10) is scheduled for 11:00 AM, March 14, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that the discovery plan and scheduling order (ECF No. 8) is VACATED.

DATED this 28th day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE