# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KRISTINE MILLER,

           Plaintiff,

vs.

KROGER CO. dba FOOD 4 LESS, *et al.*,

           Defendants.

2:17-cv-00033-JCM-VCF

**ORDER**

Before the court is *pro se* Plaintiff's Motion for a CM/ECF Login and Password (ECF No. 13).

IT IS ORDERED that Plaintiff's Motion for a CM/ECF Login and Password (ECF No. 13) is GRANTED with the following provisions:

1. On or before April 28, 2017, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED this 20th day of March, 2017.

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE