# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-00533-GMN-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| MARSHALLS OF MA, INC. | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's failure to file an amended Certificate as to Interested Parties. The Court ordered Plaintiff to file an amended Certificate as to Interested Parties no later than April 12, 2017. *Order* (ECF No. 11); *see also Order* (ECF No. 13). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiffs shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **April 28, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 21st day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge