# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| KRISTINE MILLER, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-00033-JCM-VCF |
| KROGER CO. dba FOOD 4 LESS, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Claimant's Request for Production of Documents (ECF No. 22).

IT IS HEREBY ORDERED that a pretrial conference pursuant to Fed. R. Civ. P. 16(a) is scheduled for 2:30 PM, May 12, 2017, in Courtroom 3A.

DATED this 5th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE