# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

KRISTINE MILLER,

        Plaintiff,

vs.

KROGER CO. dba FOOD 4 LESS, *et al.*,

        Defendants.

2:17-cv-00033-JCM-VCF

**ORDER**

    Before the Court is Plaintiff's motion to continue hearing (ECF No. 34). The Court set a pretrial conference pursuant to Fed. R. Civ. P. 16(a) for 2:30 PM, May 12, 2017. Plaintiff has a conflict on May 12, 2017.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's motion to continue the hearing on May 12, 2017 (ECF No. 34) is GRANTED.

    IT IS FURTHER ORDERED that the hearing on May 12, 2017 at 2:30 PM is RESCHEDULED to May 19, 2017 at 10:00 AM, in Courtroom 3D.

    DATED this 8th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE