JERRY S. BUSBY
Nevada Bar #001107
R. SCOTT RASMUSSEN
Nevada Bar #006100
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
srasmussen@cooperlevenson.com
Attorneys for Defendant,
KROGER CO. dba FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>KROGER CO. dba FOOD 4 LESS,<br><br>Defendant. | CASE NO. 2:17-cv-00033- JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KRISTINE MILLER and JERRY BUSBY, ESQ. and R. SCOTT RASMUSSEN, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant KROGER CO., improperly identified as "KROGER CO. d/b/a FOOD 4 LESS" as follows:

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

CLAC 4039728.1

1. That this case, including any and all claims of KRISTINE MILLER, be dismissed with prejudice, each party to bear their own attorney fees and costs; and

2. That any hearings or other deadlines currently existing in this case be vacated.

Respectfully submitted this 18th day of July, 2017.

PLAINTIFF IN PROPER PERSON

*/s/ Kristine Miller*

KRISTINE MILLER
8022 Indian Blanket Street
Las Vegas, Nevada 89143

COOPER LEVENSON, P.A.

*/s/ Jerry S. Busby*

JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
R. SCOTT RASMUSSEN, ESQ.
Nevada Bar No. 006100
1835 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
KROGER CO. dba FOOD 4 LESS

IT IS SO ORDERED. Case dismissed with prejudice :

*/s/ James C. Mahan*

UNITED STATES DISTRICT COURT JUDGE

DATED: July 19, 2017